IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>HANS SCHROEDER, BREAC A. STEWART,<br><br>　　　　　　　Defendants. | **8:14CR288**<br><br>**ORDER** |

Before the court is the Report and Recommendation ("R&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 41. No objection has been filed to the R&R. Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the R&R in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The R&R, Filing No. 41, is adopted in its entirety; and

2. The defendant's motion to dismiss, Filing No. 37, is denied.

Dated this 31st day of March, 2015

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge