# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:14CR288 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HANS SCHROEDER and ) | |
| BREAC A. STEWART, ) | |
| ) | |
| Defendants. ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superceding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 24th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge